ROBERT J. ROSSMAN *v.* PATRICIA MORASCO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 115 Conn. App. 234 (AC 27290/AC 27970), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Paul A. Sobel,* in support of the petition.

Decided September 23, 2009

STATE OF CONNECTICUT *v.* RANDY VIRGO

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 786 (AC 28877), is denied.

*Jeremy S. Donnelly,* in support of the petition.

*Richard K. Greenalch, Jr.,* special deputy assistant state's attorney, in opposition.